UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN B. RIGGINS, JR.,

        Plaintiff,                      Case No. 1:16-cv-622

v.                                          Honorable Paul L. Maloney

THOMAS DENEVE et al.,

        Defendants.
_____/

## ORDER TO FILE AMENDED COMPLAINT

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on May 26, 2016 and now seeks leave to file an amended complaint. Under Fed. R. Civ. P. 15(a), a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. A responsive pleading has not been filed in this case. Consequently, Plaintiff's motion to amend is (ECF No. 5) GRANTED.

The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall submit an amended complaint by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court will assume ro Plaintiff wishes to proceed with the original complaint.

**IT IS SO ORDERED**.

Dated:  June 17, 2016         /s/ Ray Kent
                              RAY KENT
                              United States Magistrate Judge