UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN B. RIGGINS, JR.,

        Plaintiff,                      Case No. 1:16-cv-622

v.                                            Honorable Paul L. Maloney

THOMAS DENEVE et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   July 20, 2016              /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge